UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**VALENCIA R. GARNER,**

      **Plaintiff,**

v.                                                      **Case No: 6:17-cv-1034-Orl-41GJK**

**CENTRAL INTELLIGENCE AGENCY,
HOLIDAY INN EXPRESS SUITE,
FEDERAL POLICE and BELLE ISLE
POLICE CHIEF,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs ("Motion," Doc. 2). United States Magistrate Judge Gregory J. Kelly submitted a Report and Recommendation (Doc. 3), in which he recommends that the Motion be denied and the Complaint (Doc. 1) be dismissed with prejudice.

After a *de novo* review of the record, and noting that no objections were timely filed, this Court agrees with the analysis in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 3) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2) is **DENIED**.

3. The Complaint (Doc. 1) is **DISMISSED with prejudice**. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on July 26, 2017.



Copies furnished to:

Unrepresented Party